Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

Tel: (562)437-7006
Fax: (562)432-2935
E-Mail:rk_sslaw@speakeasy.net

Attorneys for Plaintiff  CLAUD M. THOMAS, JR

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

# OAKLAND DIVISON

| | |
|---|---|
| CLAUD M. THOMAS, JR, | ) Case No.: 09-04093 PJH |
| Plaintiff, | ) STIPULATION EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | ) |
| Michael J. Astrue , COMMISSIONER OF SOCIAL SECURITY. | ) |
| Defendant. | ) |

TO THE HONORABLE PHYLLIS J. HAMILTON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including May 24, 2010, in which to file her Motion for Summary Judgment or otherwise plead.

///

///

///

1  This request is made at the request of Plaintiff's counsel to allow her additional
2  time to fully research the issued presented.

DATE: 4/22/10                    Respectfully submitted,

                                                 ROHLFING & KALAGIAN, LLP


                                                 BY: _/s/ Marc V. Kalagian
                                                 Marc V. Kalagian
                                                 Attorney for plaintiff CLAUD M. THOMAS, JR


DATE: 4/21/10                    JOSEPH P. RUSSONIELLO
                                                 United States Attorney
                                                 LUCILLE GONZALES MEIS
                                                 Chief, Civil Division


                                                 BY: */s/ Elizabeth Firer *
                                                 Elizabeth Firer
                                                 Attorneys for defendant Michael Astrue
                                                 [*By email authorization on April 21, 2010]

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until May 24, 2010 to file his Motion for Summary Judgment.

Dated: _4/26/10_____            _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge