1  Marc V. Kalagian
   Attorney at Law: 149034
2  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
3
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail:rk_sslaw@speakeasy.net
5
6  Attorneys for Plaintiff  CLAUD M. THOMAS, JR

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHEN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISON**

11

12 | CLAUD M. THOMAS, JR,              ) Case No.: 09-04093 PJH
13 |                                   )
   |         Plaintiff,                ) SECOND STIPULATION TO
   | v.                                ) EXTEND TIME TO FILE MOTION
14 |                                   ) FOR SUMMARY JUDGMENT
   | Michael J. Astrue , COMMISSIONER  )
15 | OF SOCIAL SECURITY.               )
   |                                   )
16 |         Defendant.                )
17 |                                   )
   |                                   )
18 |_____)

19
      TO THE HONORABLE PHYLLIS J. HAMILTON, MAGISTRATE JUDGE
20 OF THE DISTRICT COURT:

21     IT IS HEREBY STIPULATED by and between the parties, through their

22 respective counsel, that Plaintiff shall have a 30 day extension of time, to and

23 including June 23, 2010, in which to file her Motion for Summary Judgment or

24 otherwise plead.

25 ///

26 ///

27 ///

28

1 | This request is made at the request of Plaintiff's counsel to allow her additional
2 | time to fully research the issued presented.

DATE: 5/24/10            Respectfully submitted,

                         ROHLFING & KALAGIAN, LLP


                         BY: _/s/ Marc V. Kalagian
                         Marc V. Kalagian
                         Attorney for plaintiff CLAUD M. THOMAS, JR


DATE: 5/24/10            JOSEPH P. RUSSONIELLO
                         United States Attorney
                         LUCILLE GONZALES MEIS
                         Chief, Civil Division


                         BY: */s/ Elizabeth Firer **
                         Elizabeth Firer
                         Attorneys for defendant Michael Astrue
                         [*By email authorization on May 24, 2010]

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until June 23, 2010 to file his Motion for Summary Judgment.  FINAL CONTINUANCE.


Dated: __5/25/10_____     _____
                               PHYLLIS J. HAMILTON
                               United States Magistrate Judge

[SEAL: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]

-2-