UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUD M. THOMAS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 09-4093 PJH

**ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL; SETTING FURTHER DEADLINES**

The court GRANTS plaintiff's attorney, Marc Kalagian's May 27, 2010 motion to withdraw as counsel of record. To date, the court has already granted plaintiff two extensions of time to file his motion for summary judgment, and the motion is currently due June 23, 2010. The court will afford plaintiff a third and final extension of time to file his motion for summary judgment so that he may either substitute new counsel or himself in pro per. Plaintiff is ORDERED to notify the court **no later than Friday July 2, 2010** regarding whether he has obtained substitute counsel or chooses to proceed in pro per. Plaintiff is also ORDERED to file and serve his motion for summary judgment **no later than Friday, July 23, 2010.** Absent compelling circumstances, no further extensions will be granted.

**IT IS SO ORDERED.**

Dated: June 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge