UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUD M. THOMAS,

    Plaintiff/Appellant,                  No. C 09-4093 PJH

                                              **DISMISSAL ORDER**

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant/Appellee.

_____/

    This is a social security appeal filed by appellant Claud Thomas more than one year ago on September 3, 2009. The court previously afforded Thomas **four** extensions of time to file his motion for summary judgment. The last extension was given on August 19, 2010.

    In its August 19, 2010 order to show cause, the court noted that Thomas failed to file either the notification re: counsel OR his motion for summary judgment in compliance with the court's prior orders. The court noted that Thomas was proceeding pro se and provided him with guidance in preparing his motion for summary judgment. The court also ordered Thomas to file a response to the order to show cause and his motion for summary judgment **no later than September 3, 2010,** and advised him that if he failed to do so, the case would be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    As with the court's prior orders, Thomas failed to respond to the August 19, 2010 order as well. Accordingly, having considered the five factors set forth in

1  *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having
2  determined that notwithstanding the public policy favoring the disposition of actions on
3  their merits, the court's need to manage its docket and the public interest in the
4  expeditious resolution of the litigation require dismissal of this action.  In view of
5  plaintiff's lack of response to this court's prior orders, the court finds there is no
6  appropriate less drastic sanction.  Accordingly, this action is dismissed with prejudice
7  pursuant to Fed. R. Civ. pro. 41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 10, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge