UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUD M. THOMAS,

           Plaintiff/Appellant,                   No. C 09-4093 PJH

**JUDGMENT**

           v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

           Defendant/Appellee.
_____/

      The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

      it is Ordered and Adjudged

      that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated:  September 10, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge